## No. 16,876.

JOHNSON ET AL. *v*. ELLER.
(251 P. [2d] 436)

Decided November 24, 1952. Rehearing denied December 22, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. KOBEY, MITCHELL & McCARTHY, for plaintiffs in error.

Messrs. MOSKO & SLATKIN, for defendant in error.